# UNITED STATES DISTRICT COURT
### Eastern District of Texas
### Sherman Division

| | | |
|---|---|---|
| **Gerald Busbee**, individually and on behalf of the classes | § § § | |
| Plaintiff, | § § | |
| | § | CA No: 4:22-cv-1061 |
| v. | § § | |
| **Benson Investment Group and Levelle G. Benson, Jr.** | § § § | |
| Defendants | | |

## PLAINTIFF'S DESIGNATION OF LEAD ATTORNEY

Pursuant to Local Rule CV-11(a) the following attorney is designated as Lead Attorney for Plaintiff in this matter:

Chris R. Miltenberger, Esq.
State Bar No. 14171200
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060
817-416-5062 fax
chris@crmlawpractice.com

Respectfully submitted,

By:    */s/ Chris R. Miltenberger*
      Chris R. Miltenberger
      Texas Bar Number: 14171200

**Designated as Lead Attorney**

**The Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorney for Plaintiff**

### Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:    */s/ Chris R. Miltenberger*
      Chris R. Miltenberger